US BANKRUPTCY COURT
DISTRICT OF OREGON

2013 JUN 17  PM 4: 27

LODGED____REC'D____

PAID____DOCKETED____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 13-30332-tmb13 |
| | ) | |
| GURCHARAN S. SINGH, | ) | **NOTICE OF APPEAL** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEAL

Appellant Gurcharan S. Singh, debtor, appeals under 28 U.S.C. §158(a) or (b) from the judgment, order or decree of the bankruptcy judge, the Order Denying Debtor's First Amended Motion to Set Aside Foreclosure Sale Made in Violation of the Automatic Stay and Request for Sanctions and/or Other Monetary Damage ("Order") entered in this bankruptcy proceeding and objection to confirmation of the plan on the 6th day of June, 2013 (attached hereto as Exhibit A).

The names of all the parties to the bankruptcy, and the names, addresses and telephone numbers of their respective attorneys are as follows:

Appellant
Gurcharan S. Singh
4520 SE Anderegg Loop
Portland, OR 97236
(503) 720-7530

MBank
Brent G. Summers
150 SW Harrison St. #200
Portland, OR 97201
(503) 968-9000

Urban Housing Development, LLC
Key Holdings, LLC
Daniel L. Steinberg
1515 SW 5th Ave. #600
Portland, OR 97201
(503) 295-2668

Metro
Gregg. D. Johnson
1331 NW Lovejoy St. #900
Portland, OR 97209
(503) 226-1191

JPMorgan Chase Bank, N.A.
Jennifer L. Aspaas
13555 SE 36th St. #300
Bellevue, WA 98006
(425) 586-1927

Field Jerger, LLP
Matthew Arbaugh
Michael B. Gottlieb
Johnston A. Mitchell
2100 NE Broadway Street, Ste. 105
Portland, OR 97232
(503) 719-6795

JPMorgan Chase/Washington Mutual
Cara J. Richter
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
(360) 260-2253

Trustee
Wayne Godare
222 SW Columbia St. #1700
Portland, OR 97201
(503) 972-6300

U.S. Trustee
US Trustee, Portland
620 SW Main St. #213
Portland, OR 97205
(503) 326-4000

By mailing a copy of said **NOTICE OF APPEAL** in a sealed, first-class postage-paid envelope, addressed to the attorney(s) of record listed above, and deposited with the United States Postal Service, on the date set forth below.

Dated this 17 day of June, 2013

<u>                              </u>
Gurcharan S. Singh
4520 SE Anderegg Loop
Portland, OR 97236
(503) 720-7530

1  Below is an Order of the Court.
2
3
4
5
6
                                                    *signature*
                                                    TRISH M. BROWN
7                                                   U.S. Bankruptcy Judge
8
9
10                    IN THE UNITED STATES BANKRUPTCY COURT
11                          FOR THE DISTRICT OF OREGON

12  In re:                          )  Case No. 13-30332-tmb13
                                    )
13  GURCHARAN S. SINGH,             )  ORDER DENYING DEBTOR'S FIRST
                                    )  AMENDED MOTION TO SET ASIDE
14              Debtor.             )  FORECLOSURE SALE MADE IN
                                    )  VIOLATION OF THE AUTOMATIC
15                                  )  STAY AND REQUEST FOR SANCTIONS
                                    )  AND/OR OTHER MONETARY DAMAGE
16  _____)

17       THIS MATTER came before the Court on May 30, 2013 for evidentiary hearing on

18  the Motion [Dkt. 19] and First Amended Motion to Set Aside Foreclosure Sale Made in

19  Violation of the Automatic Stay and Request for Sanctions and/or Other Monetary Damage

20  [Dkt. 49] (the "Debtor's Motion") filed against MBank, Metro, Urban Housing

21  Development LLC and Sky Holdings LLC by Gurcharan S. Singh ("Debtor"). The Court

22  also heard MBank's alternative motion for annulment of the automatic stay (the "Bank's

23  Motion").

24                                              EXHIBIT __A__
25                                              PAGE _1_ OF _2_

Page 1 of 2 - ORDER DENYING DEBTOR'S FIRST           Tarlow Naito & Summers, LLP
AMENDED MOTION TO SET ASIDE FORECLOSURE              150 SW Harrison Street, Suite 200
SALE MADE IN VIOLATION OF THE AUTOMATIC              Portland OR 97201
STAY AND REQUEST FOR SANCTIONS AND/OR                Ph: 503.968.9000 Fax: 503.968.9002
OTHER MONETARY DAMAGE                                *30302 0001 0013 bgs pld Order Denying*
                                                     *Debtor's First Amended Motion.doc\Brent*
                                                     *G/6/3/2013-1*

1  Debtor was represented by Calvin Knickerbocker. MBank was represented by Brent

2  Summers. Urban Housing Devlopment, LLC and Sky Holdings, LLC also appeared by

3  Daniel Steinberg. Metro also appeared by Gregg D. Johnson.

4  After the conclusion of the evidence and argument by counsel, the court announced

5  findings and conclusions. Based on those findings and conclusions, it is hereby

6  ORDERED that the Debtor's Motion is denied. It is further

7  ORDERED that the Bank's Motion is ~~moot, however,~~ moot. TMB ~~had a ruling been necessary on~~

8  ~~the Bank's Motion, on the evidence presented, the Bank's Motion would have been granted.~~

9  ###

10 Presented by:
   s/Brent G. Summers
11 Brent G. Summers, OSB No. 824060
   Attorneys for MBank
12
   cc: ECF Participants
13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 2 of 2** - ORDER DENYING DEBTOR'S FIRST
AMENDED MOTION TO SET ASIDE FORECLOSURE
SALE MADE IN VIOLATION OF THE AUTOMATIC
STAY AND REQUEST FOR SANCTIONS AND/OR
OTHER MONETARY DAMAGE

EXHIBIT A
PAGE 2 OF 2

Tarlow Naito & Summers, LLP
150 SW Harrison Street, Suite 200
Portland OR 97201
Ph: 503.968.9000 Fax: 503.968.9002
*30302 0001 0013 bgs pld Order Denying
Debtor's First Amended Motion.doc\Brent
G/6/3/2013-1*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **NOTICE OF APPEAL** upon the following:

MBank
Brent G. Summers
150 SW Harrison St. #200
Portland, OR 97201

Urban Housing Development, LLC
Key Holdings, LLC
Daniel L. Steinberg
1515 SW 5th Ave. #600
Portland, OR 97201

Metro
Gregg. D. Johnson
1331 NW Lovejoy St. #900
Portland, OR 97209

JPMorgan Chase Bank, N.A.
Jennifer L. Aspaas
13555 SE 36th St. #300
Bellevue, WA 98006

Field Jerger, LLP
Matthew Arbaugh
Michael B. Gottlieb
Johnston A. Mitchell
2100 NE Broadway Street, Ste. 105
Portland, OR 97232

JPMorgan Chase/Washington Mutual
Cara J. Richter
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683

Trustee
Wayne Godare
222 SW Columbia St. #1700
Portland, OR 97201

U.S. Trustee
US Trustee, Portland
620 SW Main St. #213
Portland, OR 97205
(503) 326-4000

Dated this ___ day of June, 2013

*Gurcharan Singh*
_____
Gurcharan S. Singh
4520 SE Anderegg Loop
Portland, OR 97236
(503) 720-7530