1    Brent G. Summers, OSB No. 824060
     150 SW Harrison Street, Suite 200
2    Portland OR 97201
     Phone:  503.968.9000
3    Fax:  503.968.9002
     brent.summers@tnslaw.net
4
     Of Attorney's for MBank
5

6

7                    **IN THE UNITED STATES BANKRUPTCY COURT**

8                         **FOR THE DISTRICT OF OREGON**

9    In re:                              )  Case No. 13-30332-tmb13
                                         )
10   GURCHARAN S. SINGH,                 )  MBANK'S RESPONSE TO DEBTOR'S
                                         )  MOTION TO IMPOSE AUTOMATIC STAY
11                          Debtor.      )
                                         )  Hearing: Tuesday, July 23, 2013 at 2:00 p.m.
12                                       )
                                         )
13                                       )
                                         )
14   _____)

15          MBank files this precautionary response to the Debtor's Pro Se Motion to Impose

16   Stay Pursuant to 11 USC §362(n)(2)(B) and respectfully requests a hearing.  The Debtor's

17   Motion should be denied because 11 USC §362(n)(2)(B) does not apply to this case or any

18   of the matters pending before any court in this case.

19          Dated this 16th day of July, 2013.

                                         TARLOW NAITO & SUMMERS, LLP
20
                                         s/Brent G. Summers
21                                       _____
                                         Brent G. Summers, OSB No. 824060
                                         503.968.9000
22                                       brent.summers@tnslaw.net
                                         Of Attorneys for MBank
23

24

25

**Page 1 of 2 -** MBANK'S RESPONSE TO DEBTOR'S
MOTION TO IMPOSE AUTOMATIC STAY

Tarlow Naito & Summers, LLP
150 SW Harrison Street, Suite 200
Portland OR 97201
Ph:  503.968.9000  Fax:  503.968.9002
*30302 0001 0014 bgs pld MBank's Response to
Motion to Impose Stay (2).doc\Brent
G/7/16/2013-1*

**CERTIFICATE OF SERVICE**

1

2   I certify that on July 16, 2013, I served copies of MBANK'S RESPONSE TO

3 DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY via ECF on the Trustee, U.S.

4 Trustee, and Calvin Knickerbocker, Attorney for Debtor, and all other attorneys of record

5 requesting notice, via ECF.  In addition, a copy was served on the pro se debtor,

6 Gurcharan S. Singh, by first class mail at:  4520 SE Anderegg Loop, Portland, OR 97236.

7   Dated this 16th day of July, 2013.

TARLOW NAITO & SUMMERS, LLP

8

s/Brent G. Summers

9 Brent G. Summers, OSB No. 824060
503.968.9000

10 brent.summers@tnslaw.net
Of Attorneys for MBank

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 2 of 2 -** CERTIFICATE OF SERVICE OF MBANK'S
RESPONSE TO DEBTOR'S MOTION TO IMPOSE
AUTOMATIC STAY

Tarlow Naito & Summers, LLP
150 SW Harrison Street, Suite 200
Portland OR 97201
Ph: 503.968.9000  Fax: 503.968.9002
*30302 0001 0014 bgs pld MBank's Response to
Motion to Impose Stay (2).doc\Brent
G/7/16/2013-1*